# Court of Appeals

## Tenth Appellate District of Texas

### 10-26-00246-CV

Roosevelt Walker, Jr. and Walk Miles Trucking, LLC,
Appellants

v.

Aggieland Truck Stop, LP,
Appellee

On appeal from the
472nd District Court of Brazos County, Texas
Judge G. Jerrell Wise, presiding
Trial Court Cause No. 25-002536-CV-472

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

On June 18, 2026, Appellants' notice of appeal was filed in this Court. By letter from the Clerk of this Court, Appellants were notified that the filing fee of $205.00 was due to be paid on or before Monday, June 29, 2026. The filing fee was not paid. By letter from the Clerk of this Court dated June 30, 2026, Appellants were advised that the filing fee had not been paid and that

the appeal would be dismissed if the fee was not paid on or before Friday, July 10, 2026. The filing fee has still not been paid.

Accordingly, this appeal is dismissed for want of prosecution and the failure to follow a directive of the Clerk of this Court. *See* TEX. R. APP. P. 5; 42.3(b), (c).

_____
STEVE SMITH
Justice

OPINION DELIVERED and FILED: July 23, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Appeal dismissed
CV06

